

Kate M. Swearengen, Associate
Tel: 212.356.0272
Fax: 646.473.8272
kswearengen@cwsny.com
www.cwsny.com

330 West 42nd Street • New York, NY 10036-6979

July 24, 2017

Via Electronic Case Filing

The Honorable Travis R. McDonough
United States District Judge
United States District Court
 for the Eastern District of Tennessee
900 Georgia Avenue, Room 104
Chattanooga, TN  37402

      Re:    *Cribb et al v. Metropolitan Security Services, Inc.*
            Case No.: 16-cv-169 (TRM)(SKL) - JOINT NOTICE OF SETTLEMENT

Dear Judge McDonough:

      This firm is counsel to plaintiffs Stuart Cribb, Gary M. Franks, Sr., Marvin Marable and Michael Yelton.  I write on behalf of plaintiffs and defendant Metropolitan Security Services, Inc. to advise the Court that the parties have reached a settlement agreement pursuant to which this case would be dismissed.  Plaintiffs respectfully request that discovery in this case be stayed for thirty (30) days while the parties execute the agreement and comply with the terms thereof.  Defendant does not oppose this request.

      Respectfully submitted,

      *Kate M. Swearengen*
      Kate M. Swearengen

cc: Defendant Metropolitan Security Services, Inc. (by ECF)